UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. RAMI LUTFI, SAMIRA LUTFI, EDWARD LUTFI, MARIA SALTI,

                Plaintiffs,

-against-

FRANSABANK S.A.L.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2023

23 Civ. 4391 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On May 30, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by July 24, 2023. ECF No. 4. On July 26, 2023, the Court again ordered the parties to submit their joint letter and proposed case management plan, or Plaintiffs to submit a status update, by August 25, 2023. ECF No. 5. Those submissions are now overdue. To date, Plaintiffs have not filed proof of service on Defendant, and Defendant has not appeared in this action.

Accordingly, by **September 25, 2023**, the parties shall submit their joint letter and proposed case management plan, or Plaintiffs shall advise the Court of their intentions with respect to the continuation of this action. Plaintiffs are advised that failure to comply with the Court's orders shall result in a dismissal for failure to prosecute.

SO ORDERED.

Dated: August 28, 2023
       New York, New York

ANALISA TORRES
United States District Judge